**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF Melvin Warren Rivers | COURT CASE NUMBER CV19-7554 JAK |
| DEFENDANT Fox Broadcasting Company, Inc., et al. | TYPE OF PROCESS Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Twentieth Century Fox Film Corp.
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10201 W. Pico Blvd., Los Angeles CA 90035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Melvin Warren Rivers #45526.258
FCI Mendota
P.O. Box 9, Mendota CA 93640

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

818 West 7th Street #930
Los Angeles CA 90017
8am - 1400

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2020
CENTRAL DISTRICT OF CALIFORNIA
BY

Signature of Attorney or other Originator requesting service on behalf of: C. Wynn, Clerk
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER X0583
DATE 5.21.20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 2 of 4 | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 06/11/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
PETER CAYETANO     INTAKE SPECIALIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6-13-2020
Time: 1243 pm
Signature of U.S. Marshal or Deputy: 31526

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

1 DUSM : 2 MJFS TOTAL
1 HOUR

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)