UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-07554-JAK (PJWx) ("Lead Action")<br>LA CV20-09619-JAK (AGRx) ("Consolidated Action") | Date | November 16, 2020 |
| Title | Melvin Warren Rivers v. Fox Broadcasting Company Inc., et al. ("Lead Action")<br>Melvin Warren Rivers v. Amazon.com, Inc. et al. ("Consolidated Action") | | |

---

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| V.R. Vallery for Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE CONSOLIDATION;

TWENTIETH CENTURY FOX FILM CORPORATION'S MOTION TO DISMISS UNDER FRCP 12(b)(5) AND 12(b)(6) (LEAD ACTION, DKT. 25); AND

DISNEY ENTERPRISES, INC., and FOX BROADCASTING COMPANY, LLC'S MOTION TO DISMISS UNDER FRCP 12(b)(6) AND FRCP 12(b)(1) (LEAD ACTION, DKT. 30)

Based on a review of the operative complaints in *Melvin Warren Rivers v. Fox Broadcasting Company Inc., et al.*, Case No. LA CV19-07554-JAK (PJWx) (C.D. Cal. Aug. 30, 2019) (the "Lead Action") and *Melvin Warren Rivers v. Amazon.com, Inc. et al.*, Case No. LA CV20-09619-JAK (AGRx) (C.D. Cal. October 19, 2020) (the "Consolidated Action") there is sufficient good cause to consolidate the two actions. Both actions are brought by the same Plaintiff and based on allegations that the broadcasting of a television program infringed Plaintiff's copyright of his song titled, "Treat Her Like a Prostitute." Consolidation will conserve both party and judicial resources. Accordingly, the actions are consolidated and all filings as to the claims asserted originally in either action shall be filed solely on the docket of the Lead Action.

Based on a review of the "Motion to Dismiss Under FRCP 12(b)(5) and 12(b)(6)" brought by Twentieth Century Fox Film Corporation (the "Twentieth Century Motion" (Lead Action, Dkt. 25)) and the "Motion [] to Dismiss Under FRCP 12(b)(6) and FRCP 12(b)(1)" brought by Disney Enterprises, Inc. and Fox Broadcasting Company, LLC (the "Disney Motion" (Lead Action, Dkt. 30)) (collectively the "Motions"), it has been determined that party and judicial efficiency will be served by considering both Motions at a single hearing, if it is determined that a hearing on the Motions is necessary. Accordingly, the hearing on the Disney Motion, which is currently scheduled for February 8, 2021 at 8:30 a.m., is advanced to January 11, 2021.

Pursuant to the Standing Order (Lead Action, Dkt. 7), any oppositions to the Motions were due within 21 days of their filing. No opposition to either of the Motions was timely filed. Pursuant to L.R. 7-12, the failure to file an opposition may be deemed consent to the Motion. However, Plaintiff will be provided a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-07554-JAK (PJWx) ("Lead Action")<br>LA CV20-09619-JAK (AGRx) ("Consolidated Action") | Date | November 16, 2020 |
|---|---|---|---|
| Title | Melvin Warren Rivers v. Fox Broadcasting Company Inc., et al. ("Lead Action")<br>Melvin Warren Rivers v. Amazon.com, Inc. et al. ("Consolidated Action") | | |

final opportunity to file any opposition to each of the Motions and shall do so on or before December 7, 2020. If Plaintiff does so, any repl(ies) shall be filed by Defendants on or before December 21, 2020. Upon the completion of the briefing, a determination will be made as to whether the January 11, 2021 hearing on the Motions will proceed or be vacated, with the Motions taken under submission.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   vrv