# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-07554 JAK (PJWx) | Date | May 7, 2021 |
| Title | Melvin Warren Rivers v. Fox Broadcasting Company Inc. et al | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION RE DEFENDANTS LIFETIME ENTERTAINMENT NETWORK, JOHN WALSH, AMAZON.COM, INC., NETFLIX, INC., APPLE INC., ABC, INC., HULU, LLC, AND TWENTY-FIRST CENTURY FOX, INC.**

The Court, on its own motion, orders Plaintiff to show cause in writing no later than May 14, 2021, why this action should not be dismissed for lack of prosecution as to Defendants Lifetime Entertainment Network, John Walsh, Amazon.com, Inc., Netflix, Inc., Apple Inc., Abc, Inc., Hulu, LLC, And Twenty-first Century Fox, Inc..

In the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 90 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m). In light of the filing dates of September 23, 2019 (Lead action) and October 19, 2020 (Consolidated action), proofs of service were due by December 23, 2019 (Lead action) and January 17, 2021 (Consolidated action). An action may also be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the federal rules as to Defendants Lifetime Entertainment Network, John Walsh, Amazon.com, Inc., Netflix, Inc., Apple Inc., Abc, Inc., Hulu, LLC, And Twenty-first Century Fox, Inc., on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | TJ | | |