UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-07554 JAK (PJWx) ("Lead Action") <br> LA CV20-09619 JAK (AGRx) ("Consolidated Action") | Date | March 23, 2022 |
|---|---|---|---|
| Title | Melvin Warren Rivers v. Fox Broadcasting Company Inc., et al. <br> Melvin Warren Rivers v. Amazon.com, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

An Order re Deadline for Second Amended Complaint was issued by the Court on **January 12, 2022** ordering Plaintiff file an amended complaint no later than **February 11, 2022.** No response has been provided by Plaintiff. Therefore, the Court **DISMISSES** the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |